IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FULGENCIO MORALES-ROQUE,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, MCCOOK, et al.,<br><br>Respondents. | 8:26-CV-599<br><br>ORDER |

IT IS ORDERED that for the reasons stated in filing 12, the petitioner's motion to reopen (filing 15) is denied.

Dated this 9th day of November, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge